IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CLYDE RENDELL SHOOP :
        Plaintiff :
             : No.
      v. :
             :
TROOPER ERIN K. CAWLEY :
             :
and :
             :
LAST CHANCE RANCH :
             :
and :
             :
LORI MCCUTCHEON :
             :
             :
      Defendants :

## NOTICE OF REMOVAL OF ACTION

   Defendant Trooper Erin K. Cawley files this Notice of Removal of the present case from the Court of Common Pleas of Carbon County, Pennsylvania, in which it is now pending, to the United States District Court for the Middle District of Pennsylvania, and avers as follows:

  1. On April 27, 2017, Plaintiff filed a Complaint in the Court of Common Pleas of Carbon County, under docket 2017 CV 0817 CV.  A copy of this Complaint is attached as Exhibit A.

  2. Trooper Cawley was served with the Complaint on May 8, 2017.

3. Plaintiff's Complaint seeks damages against Trooper Cawley and alleges causes of action pursuant to 42 U.S.C. §1983. *See* Exhibit A, Count 1.

4. Plaintiff's lawsuit is removable from State Court to this Honorable Court pursuant to 28 U.S.C. §1441 (federal question jurisdiction).

5. Venue is properly in this district, pursuant to 28 U.S.C. §1446(a), because the action sought to be removed is pending in this district.

6. This Honorable Court has jurisdiction over this matter because the Plaintiff alleges that the events giving rise to her claim allegedly occurred in this district. *See* 28 U.S.C. §1391(b).

7. Notice of Removal was provided on this date to counsel for the Plaintiff and to the Prothonotary of the Court of Common Pleas of Carbon County, Pennsylvania[1]. *See* Exhibit B.

---

[1] No counsel have entered an appearance on behalf of the co-defendants.

**WHEREFORE**, Trooper Cawley respectfully requests that the above-captioned action, now pending in the Court of Common Pleas of Carbon County, Pennsylvania, be removed therefrom to the United States District Court for the Middle District of Pennsylvania.

**Respectfully submitted,**

**JOSH SHAPIRO**
**Attorney General**

By:   *s/ Jessica S. Davis*
       **JESSICA S. DAVIS**

**Office of Attorney General**    **Senior Deputy Attorney General**
**15th Floor, Strawberry Square**    **Attorney ID 94560**
**Harrisburg, PA 17120**
**Phone: (717) 783-6270**    **KENNETH L. JOEL**
    **Chief Deputy Attorney General**
**jdavis@attorneygeneral.gov**    **Chief, Civil Litigation Section**

**Date: May 23, 2017**

3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CLYDE RENDELL SHOOP                          :

                  Plaintiff  :

                               :  No.

               v.                          :

                               :

TROOPER ERIN K. CAWLEY                       :

                               :

and                                         :

                               :

LAST CHANCE RANCH                           :

                               :

and                                         :

                               :

LORI MCCUTCHEON                             :

                               :

                               :

               Defendants  :

### CERTIFICATE OF SERVICE

     I, Jessica S. Davis, Senior Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on May 23, 2017, I caused to be served a true and correct copy of the foregoing document titled Notice of Removal of Action to the following:

Armin Feldman, Esquire
P.O. Box 537
Lehighton, PA 18235
arminfeldman@gmail.com

                                     *s/ Jessica S. Davis*
                                     **JESSICA S. DAVIS**
                                     **Senior Deputy Attorney General**