# SEARCH WARRANT

*FOR THE SEIZURE OF THE ANIMALS AND SEARCH OF THE PROPERTY AT*

*20 SUNNY REST ROAD*

**ATTACHMENT ONE**
*DEFENDANT CAWLEY'S ANSWER TO COMPLAINT*

**District Attorney**
Jean A. Engler
**Assistants**
Michael S. Greek
Cynthia A. Dyrda-Hatton
Seth E. Miller
Joseph D. Perilli
Brian B. Gazo
**Special Assistant**
Gary F. Dobias



OFFICE OF THE
District Attorney of Carbon County
COURT HOUSE BUILDING
P.O. BOX 36
JIM THORPE, PENNSYLVANIA 18229

**Chief County Detective**
Timothy L. Nothstein
**County Detective**
Jeffrey P. Aster
**Victim/Witness Coordinator**
Nancy Juracka

Phone (570) 325-2718
Fax (570) 325-3525

215 536 6245

## TELECOPY TRANSMITTAL

DATE: 1-22-2016
TO:
COMPANY: Trooper Cauley
CITY: STATE:
TELECOPY NUMBER:
FROM:
LOCATION: CARBON COUNTY COURTHOUSE, P.O. BOX 36, JIM THORPE, PA 18229
RE: 610-681-1854
MESSAGE: Search Warrant Approved

TOTAL NUMBER OF PAGES, INCLUDING COVER SHEET IS: 3
**IF COPY IS ILLEGIBLE OR INCOMPLETE, PLEASE CALL (570) 325-2718 IMMEDIATELY FOR RETRANSMISSION.**
NOTE: The information contained in this telecopy transmission has been transmitted by the above named District Attorney's Office. It is privileged and confidential, intended only for the use of the intended recipient. You are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If this communication has been received in error, please notify this office immediately by telephone, collect if necessary, and return the original message to the above name and address via U.S. Postal Service. (You will be reimbursed for the postage).
Thank You!

# Commonwealth of Pennsylvania
## COUNTY OF CARBON

**APPLICATION FOR SEARCH WARRANT AND AUTHORIZATION**

| Docket Number (Issuing Authority): | Police Incident Number: 20164439 | Warrant Control Number: 009-16 |
|---|---|---|

| Tpr. Erin K. CAWLEY | Pennsylvania State Police | 610-681-1850 | 01/22/2016 |
|---|---|---|---|
| AFFIANT NAME | AGENCY | PHONE NUMBER | DATE OF APPLICATION |

**IDENTIFY ITEMS TO BE SEARCHED FOR AND SEIZED** (Be as specific as possible):

Any and all animals (equine, bovine, swine, canine, feline, sheep, rabbits, birds and exotic animals), located on the property which appear to be in need of veterinary intervention and care. Also to include any and all carcasses of deceased animals to detemine cause of death.

**SPECIFIC DESCRIPTION OF PREMISES AND/OR PERSON TO BE SEARCHED** (Street and No., Apt. No., Vehicle, Safe Deposit Box, etc.):
Social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits. 204 Pa.Code §§ 213.1 - 213.7.

All residences and exterior storage buildings, including barns, trailers and run ins, as well as all pastures located on the property of 20 Sunny Rest Road, located in Lower Towamensing Twp. Carbon County.

**NAME OF OWNER, OCCUPANT OR POSSESSOR OF SAID PREMISES TO BE SEARCHED** (If proper name is unknown, give alias and/or description):
Kimberly A. SHOOP, W/N-F, DOB: 12/25/63, SSN: 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.

**VIOLATION OF** (Describe conduct or specify statute):
PA CC 5511 Cruelty to Animals

**DATE(S) OF VIOLATION:** 01/21/2016

☒ **Warrant Application Approved by District Attorney – DA File No.** 009-16
(If DA approval required per Pa.R.Crim.P. 202(A) with assigned File No. per Pa.R.Crim.P. 507)

☐ **Additional Pages Attached** (Other than Affidavit of Probable Cause)

☒ **Probable Cause Affidavit(s) MUST be attached** (unless sealed below)  Total number of pages: ___
TOTAL NUMBER OF PAGES IS SUM OF ALL APPLICATION, PROBABLE CAUSE AND CONTINUATION PAGES EVEN IF ANY OF THE PAGES ARE SEALED

The below named Affiant, being duly sworn (or affirmed) before the Issuing Authority according to law, deposes and says that there is probable cause to believe that certain property is evidence of or the fruit of a crime or is contraband or is unlawfully possessed or is otherwise subject to seizure, and is located at the particular premises or in the possession of the particular person as described above.

| Signature of Affiant | Pennsylvania State Police - Lehighton | 8901/520634 |
|---|---|---|
|  | Agency or Address if private Affiant | Badge Number |

Sworn to and subscribed before me this 22nd day of January, 2016. Mag. Dist. No. 56-3-02

401 Delaware Ave 2nd Flr. Palmerton, Pa 18071 (SEAL)

Signature of Issuing Authority    Office Address

## SEARCH WARRANT
**TO LAW ENFORCEMENT OFFICER:**

WHEREAS, facts have been sworn to or affirmed before me by written affidavit(s) attached hereto from which I have found probable cause, I do authorize you to search the premises or person described, and to seize, secure, inventory and make return according to the Pennsylvania Rules of Criminal Procedure.

☒ This Warrant shall be served as soon as practicable and shall be served only between the hours of 6AM to 10PM but in no event later than:*

☐ This Warrant shall be served as soon as practicable and may be served any time during the day or night but in no event later than: **

10:14 A M, o'clock January 24, 2016.

☒ This Warrant shall be returned to judicial officer William J. Kissner.

* The issuing authority should specify a date not later than two (2) days after issuance. Pa.R.Crim.P. 205(4).

** If the issuing authority finds reasonable cause for issuing a nighttime warrant on the basis of additional reasonable cause set forth in the accompanying affidavit(s) and wishes to issue a nighttime warrant, then this block shall be checked. Pa.R.Crim.P. 206(7).

Issued under my hand this 22nd day of January, 2016 at 10:15 A M, o'clock.

| Signature of Issuing Authority | Mag. Dist. or Judicial Dist. No 56-3-02 | Date Commission Expires: 1/1/18 | (SEAL) |
|---|---|---|---|

Title of Issuing Authority: ☒ Magisterial District Judge ☐ Common Pleas Judge ☐ _____

☐ **For good cause stated in the affidavit(s) the Search Warrant Affidavit(s) are sealed for _____ days by my certification and signature.** (Pa.R.Crim.P. 211)

_____ (Date) (SEAL)

*Signature of Issuing Authority* (Judge of the Court of Common Pleas or Appellate Court Justice or Judge).

AOPC 410A-10

TO BE COMPLETED BY THE ISSUING AUTHORITY

| Commonwealth of Pennsylvania  | AFFIDAVIT OF PROBABLE CAUSE |
|---|---|
| COUNTY OF CARBON | |

| Docket Number (Issuing Authority): | Police Incident Number: 20164439 | Warrant Control Number: 009-16 |
|---|---|---|

**PROBABLE CAUSE BELIEF IS BASED UPON THE FOLLOWING FACTS AND CIRCUMSTANCES:**

1. That your affiant, Tpr. Erin K. CAWLEY is a duly sworn member of the Pennsylvania State Police, currenlty assigned to the Troop N. Lehighton, Criminal Investigaiton Unit. Your affiant also holds the designation of the Troop N, Animal Cruelty Liaison.

2. That on 01/20/16, your affiant received a complaint about several horses, dogs, sheep, cows, alligators, a pig and a turkey, located on the property of 20 Sunny Rest Road, located in Lower Towamensing Twp. Carbon County. The complainant indicated there are several deceased horses laying in the pastures, located on the property and other animals also located on the property are in poor health and in need of veterinary care.

3. That the property owner of 20 Sunny Rest Road was identified as Clyde R. SHOOP, W/N-M, DOB: 12/21/48, SSN: 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, via Carbon County Tax Assessment Records. Clyde R. SHOOP currently holds an address of 318 Center Street Jim Thorpe, PA 18229, via Penn Dot Drivers' License Records.

4. That the current residents of 20 Sunny Rest Road have been identified as Kimberly A. SHOOP, W/N-F, DOB: 12/25/63, SSN: 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 and Bradley V. SHOOP, W/N-M, DOB: 11/16/94, SSN: 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, via Penn Dot Drivers' License Records and neighbors of the property.

5. That on 01/21/16, your affiant was granted access to bordering properties of 20 Sunny Rest Road, by their respective property owners. Your affiant was able to observe the animals on the property of 20 Sunny Rest Road. Your affiant observed a deceased, brown/chesnut in color horse, laying in a rear pasture. Your affiant also observed five (5) other horses which appeared to be dangerously thin for the current temperatures (25 degrees Fahrenheit), with rib bones, hip bones and backbones clearly discernable. no water troughs and/or hay bails were observed in any of the pastures.

6. Your affiant avers that the issuance of this search warrant would allow investigators to further their investigation and gather evience to assist in the prosecution of charges as well as allow access of the needed veterinary intervention for the animals in need of care, of which the owner and/or occupant of the property has been unwilling to provide.

I, Tpr. Erin K. CAWLEY BEING DULY SWORN ACCORDING TO LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

| Affiant Signature | Date 1/22/16 | Issuing Authority Signature | Date 1/22/16 (SEAL) |
|---|---|---|---|

Page 1 of 1 Pages

# SEARCH WARRANT

*FOR THE SEARCH AND SEIZURE OF*

*VETERINARY RECORDS RELATED TO*

*PLAINTIFF CLYDE RENDELL SHOOP*

**ATTACHMENT ONE**
*DEFENDANT CAWLEY'S ANSWER TO COMPLAINT*

# Commonwealth of Pennsylvania
## COUNTY OF CARBON

**APPLICATION FOR SEARCH WARRANT AND AUTHORIZATION**

| Docket Number (Issuing Authority): | Police Incident Number: 2016-4439 | Warrant Control Number: 019-16 |
|---|---|---|

| Tpr. Erin K. CAWLEY | Pennsylvania State Police | 610-681-1850 | 02/18/16 |
|---|---|---|---|
| AFFIANT NAME | AGENCY | PHONE NUMBER | DATE OF APPLICATION |

**IDENTIFY ITEMS TO BE SEARCHED FOR AND SEIZED** (Be as specific as possible):
Any and all veterinary medical records for client/Veterinary Clinic Owner Clyde Rendell SHOOP, (DOB: 12/21/48), 318 Center Street Jim Thorpe, PA 18229.

**SPECIFIC DESCRIPTION OF PREMISES AND/OR PERSON TO BE SEARCHED** (Street and No., Apt. No., Vehicle, Safe Deposit Box, etc.):
Social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits. 204 Pa.Code §§ 213.1 - 213.7.
Poco West Veterinary Clinic, 318 Center Street Jim Thorpe, PA 18229

**NAME OF OWNER, OCCUPANT OR POSSESSOR OF SAID PREMISES TO BE SEARCHED** (If proper name is unknown, give alias and/or description):
Poco West Veterinary Clinic

**VIOLATION OF** (Describe conduct or specify statute): | **DATE(S) OF VIOLATION:**
PA CC 5511 Cruelty to Animals | 01/21/2016

☒ **Warrant Application Approved by District Attorney – DA File No.** 019-16
(If DA approval required per Pa.R.Crim.P. 202(A) with assigned File No. per Pa.R.Crim.P. 507)
☐ **Additional Pages Attached (Other than Affidavit of Probable Cause)**
☒ **Probable Cause Affidavit(s) MUST be attached (unless sealed below) Total number of pages:** 2

TOTAL NUMBER OF PAGES IS SUM OF ALL APPLICATION, PROBABLE CAUSE AND CONTINUATION PAGES EVEN IF ANY OF THE PAGES ARE SEALED

The below named Affiant, being duly sworn (or affirmed) before the Issuing Authority according to law, deposes and says that there is probable cause to believe that certain property is evidence of or the fruit of a crime or is contraband or is unlawfully possessed or is otherwise subject to seizure, and is located at the particular premises or in the possession of the particular person as described above.

| Signature of Affiant | Pennsylvania State Police -Lehighton | 8901/520634 |
|---|---|---|
| | Agency or Address if private Affiant | Badge Number |

Sworn to and subscribed before me this 19th day of February 2016  Mag. Dist. No. 56-3-02
401 Delaware Ave. 2nd Flr. Palmerton, Pa 18071 (SEAL)
Signature of Issuing Authority   Office Address

**SEARCH WARRANT TO LAW ENFORCEMENT OFFICER:** WHEREAS, facts have been sworn to or affirmed before me by written affidavit(s) attached hereto from which I have found probable cause, I do authorize you to search the premises or person described, and to seize, secure, inventory and make return according to the Pennsylvania Rules of Criminal Procedure.

☒ This Warrant shall be served as soon as practicable and shall be served only between the hours of 6AM to 10PM but in no event later than:*
☐ This Warrant shall be served as soon as practicable and may be served any time during the day or night but in no event later than: **
10:14 a.M, o'clock 2/21, 2016
☒ This Warrant shall be returned to judicial officer William S. Kissner

* The issuing authority should specify a date not later than two (2) days after issuance. Pa.R.Crim.P. 205(4).
** If the issuing authority finds reasonable cause for issuing a nighttime warrant on the basis of additional reasonable cause set forth in the accompanying affidavit(s) and wishes to issue a nighttime warrant, then this block shall be checked. Pa.R.Crim.P. 206(7).

Issued under my hand this 19th day of February 2016 at 10:15 a.M, o'clock.
56-3-02                    2018 (SEAL)
Signature of Issuing Authority   Mag. Dist. or Judicial Dist. No.   Date Commission Expires:

Title of Issuing Authority: ☒ Magisterial District Judge ☐ Common Pleas Judge ☐ _____

☐ For good cause stated in the affidavit(s) the Search Warrant Affidavit(s) are sealed for _____ days by my certification and signature. (Pa.R.Crim.P. 211)

_____ (Date) (SEAL)
**Signature of Issuing Authority** (Judge of the Court of Common Pleas or Appellate Court Justice or Judge).

AOPC 410A-10

Case 3:17-cv-00912-MEM Document 9-1 Filed 09/01/17 Page 7 of 16

| Commonwealth of Pennsylvania  | AFFIDAVIT OF PROBABLE CAUSE |
|---|---|
| COUNTY OF CARBON | |

| Docket Number (Issuing Authority): | Police Incident Number: 20164439 | Warrant Control Number: G19-16 |
|---|---|---|

**PROBABLE CAUSE BELIEF IS BASED UPON THE FOLLOWING FACTS AND CIRCUMSTANCES:**

1. That your affiant, Tpr. Erin K. CAWLEY is a duly sworn member of the Pennsylvania State Police, currently assigned to the Troop N. Lehighton, Criminal Investigaiton Unit. Your affiant also holds the designation of the Troop N, Animal Cruelty Liaison.

2. That on 01/20/16, your affiant received a complaint about several horses, dogs, sheep, cows, alligators, a pig and a turkey, located on the property of 20 Sunny Rest Road, located in Lower Towamensing Twp. Carbon County. The complainant indicated there are several deceased horses laying in the pastures, located on the property and other animals also located on the property are in poor health and in need of veterinary care.

3. That the property owner of 20 Sunny Rest Road was identified as Clyde R. SHOOP, W/N-M, DOB: 12/21/48, SSN: 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, via Carbon County Tax Assessment Records. Clyde R. SHOOP currently holds an address of 318 Center Street Jim Thorpe, PA 18229, via Penn Dot Drivers' License Records.

4. That the current residents of 20 Sunny Rest Road have been identified as Kimberly A. SHOOP, W/N-F, DOB: 12/25/63, SSN: 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 and Bradley V. SHOOP, W/N-M, DOB: 11/16/94, SSN: 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, via Penn Dot Drivers' License Records and neighbors of the property.

5. That on 01/21/16, your affiant was granted access to bordering properties of 20 Sunny Rest Road, by their respective property owners. Your affiant was able to observe the animals on the property of 20 Sunny Rest Road. Your affiant observed a deceased, brown/chesnut in color horse, laying in a rear pasture. Your affiant also observed five (5) other horses which appeared to be dangerously thin for the current temperatures (25 degrees Fahrenheit), with rib bones, hip bones and backbones clearly discernable. no water troughs and/or hay bails were observed in any of the pastures.

6. That based on the above information a search warrant was applied for and approved by Carbon County Assistant District Attorney Brian GAZO and signed by Magisterial Judge William KISSNER on 01/22/16 and served upon the property of 20 Sunny Rest Road on the same date.

7. That upon service of the warrant by your affiant at 20 Sunny Rest Road, your affiant observed 16 horses, 8 dogs (outside), a male calf, a boar (male pig), a turkey and approximaltey 20 sheep, on the property. Your affiant also observed the above mentioned deceased horse in a pasture, the remains of three deceased horses located under pallets, the remains of one horse located underneath a partially burned mattress and a pit containing 2 deceased horses, 2 sheep, a lamb, a dog and what appeared to be a goat, all located on the property.

8. That 9 horses were determined to be critical, of the 9 critical, 5 of the most critical were removed from the proeprty on 01/22/16.

9. That the remaining 4 critical horses were removed from the property on 01/26/16, as both Kimberly and Clyde SHOOP were denying ownership of the remaining horses.

10. That Kimberly A. SHOOP claimed ownership of one horse, a buckskin, adult, quarter horse type male, the reptiles located inside the residence, 3 dogs and various birds (also located inside the residence).

11. That Clyde R. SHOOP claimed ownership of one horse, a bay, with large lump on FL knee, wound on FR pastern/coronary band, adult quarter horse type male and the sheep. Both Kim A. SHOOP and Clyde R. SHOOP denied ownership of all other animals on the property.

***CONTINUED***

I, Tpr. Erin K. CAWLEY, BEING DULY SWORN ACCORDING TO LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

| Affiant Signature | Date 2/19/16 | Issuing Authority Signature | Date 2/19/16 (SEAL) |
|---|---|---|---|

Page 1 of 1 Pages

| Commonwealth of Pennsylvania | | APPLICATION FOR SEARCH WARRANT |
|---|---|---|
| COUNTY OF CARBON | | CONTINUATION PAGES |

| Docket Number (Issuing Authority): | Police Incident Number: 20164439 | Warrant Control Number: 019-16 |
|---|---|---|

**Continuation of:**
☐ Items to be searched and seized  ☐ Description of premises/person(s) to be searched  ☐ Owner/ Occupant  ☐ Violations

***CONTINUATION OF AFFIDAVIT OF PROBABLE CAUSE***

12. That of the 9 critical horses, 3 succumbed due to "Emaciation" as documented by the necropsies performed by the Pennsylvania Animal Diagnostic Laboratory System, New Bolton Center.

13. Your affiant believes by obtaining the veterinary records for client/owner Clyde R. SHOOP at Poco West Veterimary Clinic, will assist in determining the ownership of the animals involved in this investigation and asssit in the prosecution of charges.

[Signature] 2/19/16                [Signature] [Signature] 2/19/16

Page         of         Pages

# SEARCH WARRANT

*FOR THE SEARCH AND SEIZURE OF*

*VETERINARY RECORDS RELATED TO*

*KIMBERLY SHOOP*

**ATTACHMENT ONE**
*DEFENDANT CAWLEY'S ANSWER TO COMPLAINT*

# Commonwealth of Pennsylvania
## COUNTY OF CARBON

**APPLICATION FOR SEARCH WARRANT AND AUTHORIZATION**

Case 3:17-cv-00912-MEM  Document [illegible] Filed 09/01/17

| Docket Number (Issuing Authority): | Police Incident Number: 2016-4439 | Warrant Control Number: 20-16 |
|---|---|---|

| Tpr. Erin K. CAWLEY | Pennsylvania State Police | 610-681-1850 | 02/18/16 |
|---|---|---|---|
| AFFIANT NAME | AGENCY | PHONE NUMBER | DATE OF APPLICATION |

**IDENTIFY ITEMS TO BE SEARCHED FOR AND SEIZED** (Be as specific as possible):

Any and all veterinary medical records for client Kimberly A. SHOOP, (DOB: 12/25/63), 20 Sunny Rest Road Palmerton, PA 18071.

**SPECIFIC DESCRIPTION OF PREMISES AND/OR PERSON TO BE SEARCHED** (Street and No., Apt. No., Vehicle, Safe Deposit Box, etc.): Social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits. 204 Pa.Code §§ 213.1 - 213.7.

Poco West Veterinary Clinic, 318 Center Street Jim Thorpe, PA 18229

**NAME OF OWNER, OCCUPANT OR POSSESSOR OF SAID PREMISES TO BE SEARCHED** (If proper name is unknown, give alias and/or description):

Poco West Veterinary Clinic

**VIOLATION OF** (Describe conduct or specify statute):
PA CC 5511 Cruelty to Animals

**DATE(S) OF VIOLATION:** 01/21/2016

☒ **Warrant Application Approved by District Attorney – DA File No.** 020-16
(If DA approval required per Pa.R.Crim.P. 202(A) with assigned File No. per Pa.R.Crim.P. 507)

☐ **Additional Pages Attached (Other than Affidavit of Probable Cause)**

☒ **Probable Cause Affidavit(s) MUST be attached (unless sealed below)** Total number of pages: 2

TOTAL NUMBER OF PAGES IS SUM OF ALL APPLICATION, PROBABLE CAUSE AND CONTINUATION PAGES EVEN IF ANY OF THE PAGES ARE SEALED

The below named Affiant, being duly sworn (or affirmed) before the Issuing Authority according to law, deposes and says that there is probable cause to believe that certain property is evidence of or the fruit of a crime or is contraband or is unlawfully possessed or is otherwise subject to seizure and is located at the particular premises or in the possession of the particular person as described above.

| [signature] | Pennsylvania State Police -Lehighton | 8901/520634 |
|---|---|---|
| Signature of Affiant | Agency or Address if private Affiant | Badge Number |

Sworn to and subscribed before me this 19th day of January, 2016. Mag. Dist. No. 56-3-02

[signature]  401 Delaware Ave. 2nd Flr. Palmerton Pa 18071 (SEAL)
Signature of Issuing Authority    Office Address

### SEARCH WARRANT
**TO LAW ENFORCEMENT OFFICER:**

WHEREAS, facts have been sworn to or affirmed before me by written affidavit(s) attached hereto from which I have found probable cause, I do authorize you to search the premises or person described, and to seize, secure, inventory and make return according to the Pennsylvania Rules of Criminal Procedure.

☒ This Warrant shall be served as soon as practicable and shall be served only between the hours of 6AM to 10PM but in no event later than:*

☐ This Warrant shall be served as soon as practicable and may be served any time during the day or night but in no event later than:**

10:14 a.M, o'clock February 21, 2016.

☒ This Warrant shall be returned to judicial officer William J. Kissner

* The issuing authority should specify a date not later than two (2) days after issuance. Pa.R.Crim.P. 205(4).
** If the issuing authority finds reasonable cause for issuing a nighttime warrant on the basis of additional reasonable cause set forth in the accompanying affidavit(s) and wishes to issue a nighttime warrant, then this block shall be checked. Pa.R.Crim.P. 206(7).

Issued under my hand this 19th day of February, 2016 at 10:15 A M, o'clock.

| [signature] | 56-3-02 | 2018 | (SEAL) |
|---|---|---|---|
| Signature of Issuing Authority | Mag. Dist. or Judicial Dist. No. | Date Commission Expires: | |

Title of Issuing Authority: ☒ Magisterial District Judge ☐ Common Pleas Judge ☐ _____

☐ **For good cause stated in the affidavit(s) the Search Warrant Affidavit(s) are sealed for _____ days by my certification and signature. (Pa.R.Crim.P. 211)**

_____ (Date) (SEAL)
**Signature of Issuing Authority** (Judge of the Court of Common Pleas or Appellate Court Justice or Judge).

AOPC 410A-10

TO BE COMPLETED BY THE ISSUING AUTHORITY

Case 3:17-cv-00912-MEM   Document 9-1   Filed 09/01/17   Page 11 of 16

# Commonwealth of Pennsylvania
## COUNTY OF CARBON



# AFFIDAVIT OF PROBABLE CAUSE

Docket Number (Issuing Authority):

Police Incident Number: 20164439

Warrant Control Number: 20-16

**PROBABLE CAUSE BELIEF IS BASED UPON THE FOLLOWING FACTS AND CIRCUMSTANCES:**

1. That your affiant, Tpr. Erin K. CAWLEY is a duly sworn member of the Pennsylvania State Police, currently assigned to the Troop N, Lehighton, Criminal Investigaiton Unit. Your affiant also holds the designation of the Troop N, Animal Cruelty Liaison.

2. That on 01/20/16, your affiant received a complaint about several horses, dogs, sheep, cows, alligators, a pig and a turkey, located on the property of 20 Sunny Rest Road, located in Lower Towamensing Twp. Carbon County. The complainant indicated there are several deceased horses laying in the pastures, located on the property and other animals also located on the property are in poor health and in need of veterinary care.

3. That the property owner of 20 Sunny Rest Road was identified as Clyde R. SHOOP, W/N-M, DOB: 12/21/48, SSN: 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, via Carbon County Tax Assessment Records. Clyde R. SHOOP currently holds an address of 318 Center Street Jim Thorpe, PA 18229, via Penn Dot Drivers' License Records.

4. That the current residents of 20 Sunny Rest Road have been identified as Kimberly A. SHOOP, W/N-F, DOB: 12/25/63, SSN: 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 and Bradley V. SHOOP, W/N-M, DOB: 11/16/94, SSN: 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, via Penn Dot Drivers' License Records and neighbors of the property.

5. That on 01/21/16, your affiant was granted access to bordering properties of 20 Sunny Rest Road, by their respective property owners. Your affiant was able to observe the animals on the property of 20 Sunny Rest Road. Your affiant observed a deceased, brown/chesnut in color horse, laying in a rear pasture. Your affiant also observed five (5) other horses which appeared to be dangerously thin for the current temperatures (25 degrees Fahrenheit), with rib bones, hip bones and backbones clearly discernable. no water troughs and/or hay bails were observed in any of the pastures.

6. That based on the above information a search warrant was applied for and approved by Carbon County Assistant District Attorney Brian GAZO and signed by Magisterial Judge William KISSNER on 01/22/16 and served upon the property of 20 Sunny Rest Road on the same date.

7. That upon service of the warrant by your affiant at 20 Sunny Rest Road, your affiant observed 16 horses, 8 dogs (outside), a male calf, a boar (male pig), a turkey and approximaltey 20 sheep, on the property. Your affiant also observed the above mentioned deceased horse in a pasture, the remains of three deceased horses located under pallets, the remains of one horse located underneath a partially burned mattress and a pit containing 2 deceased horses, 2 sheep, a lamb, a dog and what appeared to be a goat, all located on the property.

8. That 9 horses were determined to be critical, of the 9 critical, 5 of the most critical were removed from the proeprty on 01/22/16.

9. That the remaining 4 critical horses were removed from the property on 01/26/16, as both Kimberly and Clyde SHOOP were denying ownership of the remaining horses.

10. That Kimberly A. SHOOP claimed ownership of one horse, a buckskin, adult, quarter horse type male, the reptiles located inside the residence, 3 dogs and various birds (also located inside the residence).

11. That Clyde R. SHOOP claimed ownership of one horse, a bay, with large lump on FL knee, wound on FR pastern/coronary band, adult quarter horse type male and the sheep. Both Kim A. SHOOP and Clyde R. SHOOP denied ownership of all other animals on the property.

***CONTINUED***

I, Tpr. Erin K. CAWLEY, BEING DULY SWORN ACCORDING TO LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

Affiant Signature       Date 2/19/16        Issuing Authority Signature        Date 2/19/16 (SEAL)

Page 1 of 1 Pages

| Commonwealth of Pennsylvania | | APPLICATION FOR SEARCH WARRANT CONTINUATION PAGES |
|---|---|---|
| COUNTY OF CARBON | | |
| Docket Number (Issuing Authority): | Police Incident Number: 20164439 | Warrant Control Number: 20-16 |

**Continuation of:**
☐ Items to be searched and seized   ☐ Description of premises/person(s) to be searched   ☐ Owner/ Occupant   ☐ Violations

***CONTINUATION OF AFFIDAVIT OF PROBABLE CAUSE***

12. That of the 9 critical horses, 3 succumbed due to "Emaciation" as documented by the necropsies performed by the Pennsylvania Animal Diagnostic Laboratory System, New Bolton Center.

13. Your affiant believes by obtaining the veterinary records for client Kimberly A. SHOOP at Poco West Veterinary Clinic, will assist in determining the ownership of the animals involved in this investigation and asssit in the prosecution of charges.

[Signature] 2/19/16                    [Signature]                    2/19/16

Page ___ of ___ Pages

# SEARCH WARRANT

*FOR THE SEARCH AND SEIZURE OF*

*VETERINARY RECORDS RELATED TO*

*BRADLEY SHOOP*

**ATTACHMENT ONE**
*DEFENDANT CAWLEY'S ANSWER TO COMPLAINT*

# Commonwealth of Pennsylvania
## COUNTY OF CARBON

**APPLICATION FOR SEARCH WARRANT AND AUTHORIZATION**

| Docket Number (Issuing Authority): | Police Incident Number: 2016-4439 | Warrant Control Number: 21-16 |
|---|---|---|

| Tpr. Erin K. CAWLEY | Pennsylvania State Police | 610-681-1850 | 02/18/16 |
|---|---|---|---|
| AFFIANT NAME | AGENCY | PHONE NUMBER | DATE OF APPLICATION |

**IDENTIFY ITEMS TO BE SEARCHED FOR AND SEIZED** *(Be as specific as possible)*:

Any and all veterinary medical records for client Bradley V. SHOOP (DOB: 11/16/94), 20 Sunny Rest Road Palmerton, PA 18071.

**SPECIFIC DESCRIPTION OF PREMISES AND/OR PERSON TO BE SEARCHED** *(Street and No., Apt. No., Vehicle, Safe Deposit Box, etc.)*:
Social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits. 204 Pa.Code §§ 213.1 - 213.7.

Poco West Veterinary Clinic, 318 Center Street Jim Thorpe, PA 18229

**NAME OF OWNER, OCCUPANT OR POSSESSOR OF SAID PREMISES TO BE SEARCHED** *(If proper name is unknown, give alias and/or description)*:
Poco West Veterinary Clinic

**VIOLATION OF** *(Describe conduct or specify statute)*:
PA CC 5511 Cruelty to Animals

**DATE(S) OF VIOLATION:** 01/21/2016

☒ **Warrant Application Approved by District Attorney** – DA File No. _21-16_
*(If DA approval required per Pa.R.Crim.P. 202(A) with assigned File No. per Pa.R.Crim.P. 507)*

☐ Additional Pages Attached (Other than Affidavit of Probable Cause)

☒ **Probable Cause Affidavit(s) MUST be attached** (unless sealed below)  Total number of pages: _2_

TOTAL NUMBER OF PAGES IS SUM OF ALL APPLICATION, PROBABLE CAUSE AND CONTINUATION PAGES EVEN IF ANY OF THE PAGES ARE SEALED

The below named Affiant, being duly sworn (or affirmed) before the Issuing Authority according to law, deposes and says that there is probable cause to believe that certain property is evidence of or the fruit of a crime or is contraband or is unlawfully possessed or is otherwise subject to seizure, and is located at the particular premises or in the possession of the particular person as described above.

| *[signature]* | Pennsylvania State Police -Lehighton | 8901/520634 |
|---|---|---|
| Signature of Affiant | Agency or Address if private Affiant | Badge Number |

Sworn to and subscribed before me this _19th_ day of _February, 2016_. Mag. Dist. No. _56-3-02_
*[signature]* _401 Delaware Ave. 2nd Flr. Palmerton PA 18071_ (SEAL)
Signature of Issuing Authority       Office Address

## SEARCH WARRANT
**TO LAW ENFORCEMENT OFFICER:**

WHEREAS, facts have been sworn to or affirmed before me by written affidavit(s) attached hereto from which I have found probable cause, I do authorize you to search the premises or person described, and to seize, secure, inventory and make return according to the Pennsylvania Rules of Criminal Procedure.

☒ This Warrant shall be served as soon as practicable and shall be served only between the hours of 6AM to 10PM but in no event later than:*

☐ This Warrant shall be served as soon as practicable and may be served any time during the day or night but in no event later than: **

_10:14_ a.M, o'clock _February 21, 2016_

☒ This Warrant shall be returned to judicial officer _William J. Kissner_

* The issuing authority should specify a date not later than two (2) days after issuance. Pa.R.Crim.P. 205(4).
** If the issuing authority finds reasonable cause for issuing a nighttime warrant on the basis of additional reasonable cause set forth in the accompanying affidavit(s) and wishes to issue a nighttime warrant, then this block shall be checked. Pa.R.Crim.P. 206(7).

Issued under my hand this _19th_ day of _February, 2016_ at _10:15_ a.M, o'clock.

| *[signature]* | 56-3-02 | 2018 | (SEAL) |
|---|---|---|---|
| Signature of Issuing Authority | Mag. Dist. or Judicial Dist. No. | Date Commission Expires: | |

Title of Issuing Authority: ☒ Magisterial District Judge ☐ Common Pleas Judge ☐ _____

☐ For good cause stated in the affidavit(s) the Search Warrant Affidavit(s) are sealed for _____ days by my certification and signature. (Pa.R.Crim.P. 211)

_____ _____ (Date) (SEAL)
**Signature of Issuing Authority** *(Judge of the Court of Common Pleas or Appellate Court Justice or Judge)*.

AOPC 410A-10

*TO BE COMPLETED BY THE ISSUING AUTHORITY*

# Commonwealth of Pennsylvania
## COUNTY OF CARBON



# AFFIDAVIT OF PROBABLE CAUSE

Docket Number (Issuing Authority): 

Police Incident Number: 20164439

Warrant Control Number: 21-16

**PROBABLE CAUSE BELIEF IS BASED UPON THE FOLLOWING FACTS AND CIRCUMSTANCES:**

1. That your affiant, Tpr. Erin K. CAWLEY is a duly sworn member of the Pennsylvania State Police, currently assigned to the Troop N. Lehighton, Criminal Investigaiton Unit. Your affiant also holds the designation of the Troop N, Animal Cruelty Liaison.

2. That on 01/20/16, your affiant received a complaint about several horses, dogs, sheep, cows, alligators, a pig and a turkey, located on the property of 20 Sunny Rest Road, located in Lower Towamensing Twp. Carbon County. The complainant indicated there are several deceased horses laying in the pastures, located on the property and other animals also located on the property are in poor health and in need of veterinary care.

3. That the property owner of 20 Sunny Rest Road was identified as Clyde R. SHOOP, W/N-M, DOB: 12/21/48, SSN: 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, via Carbon County Tax Assessment Records. Clyde R. SHOOP currently holds an address of 318 Center Street Jim Thorpe, PA 18229, via Penn Dot Drivers' License Records.

4. That the current residents of 20 Sunny Rest Road have been identified as Kimberly A. SHOOP, W/N-F, DOB: 12/25/63, SSN: 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 and Bradley V. SHOOP, W/N-M, DOB: 11/16/94, SSN: 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, via Penn Dot Drivers' License Records and neighbors of the property.

5. That on 01/21/16, your affiant was granted access to bordering properties of 20 Sunny Rest Road, by their respective property owners. Your affiant was able to observe the animals on the property of 20 Sunny Rest Road. Your affiant observed a deceased, brown/chesnut in color horse, laying in a rear pasture. Your affiant also observed five (5) other horses which appeared to be dangerously thin for the current temperatures (25 degrees Fahrenheit), with rib bones, hip bones and backbones clearly discernable. no water troughs and/or hay bails were observed in any of the pastures.

6. That based on the above information a search warrant was applied for and approved by Carbon County Assistant District Attorney Brian GAZO and signed by Magisterial Judge William KISSNER on 01/22/16 and served upon the property of 20 Sunny Rest Road on the same date.

7. That upon service of the warrant by your affiant at 20 Sunny Rest Road, your affiant observed 16 horses, 8 dogs (outside), a male calf, a boar (male pig), a turkey and approximaltey 20 sheep, on the property. Your affiant also observed the above mentioned deceased horse in a pasture, the remains of three deceased horses located under pallets, the remains of one horse located underneath a partially burned mattress and a pit containing 2 deceased horses, 2 sheep, a lamb, a dog and what appeared to be a goat, all located on the property.

8. That 9 horses were determined to be critical, of the 9 critical, 5 of the most critical were removed from the proeprty on 01/22/16.

9. That the remaining 4 critical horses were removed from the property on 01/26/16, as both Kimberly and Clyde SHOOP were denying ownership of the remaining horses.

10. That Kimberly A. SHOOP claimed ownership of one horse, a buckskin, adult, quarter horse type male, the reptiles located inside the residence, 3 dogs and various birds (also located inside the residence).

11. That Clyde R. SHOOP claimed ownership of one horse, a bay, with large lump on FL knee, wound on FR pastern/coronary band, adult quarter horse type male and the sheep. Both Kim A. SHOOP and Clyde R. SHOOP denied ownership of all other animals on the property.

***CONTINUED***

I, Tpr. Erin K. CAWLEY, BEING DULY SWORN ACCORDING TO LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

Affiant Signature        Date 2/19/16        Issuing Authority Signature        Date 2/19/16   (SEAL)

Page 1 of 1 Pages

| Commonwealth of Pennsylvania | | APPLICATION FOR SEARCH WARRANT CONTINUATION PAGES |
|---|---|---|
| COUNTY OF CARBON | | |
| Docket Number (Issuing Authority): | Police Incident Number: 20164439 | Warrant Control Number: 21-16 |

**Continuation of:**
☐ Items to be searched and seized  ☐ Description of premises/person(s) to be searched  ☐ Owner/ Occupant  ☐ Violations

***CONTINUATION OF AFFIDAVIT OF PROBABLE CAUSE***

12. That of the 9 critical horses, 3 succumbed due to "Emaciation" as documented by the necropsies performed by the Pennsylvania Animal Diagnostic Laboratory System, New Bolton Center.

13. Your affiant believes by obtaining the veterinary records for client Bradley V. SHOOP at Poco West Veterimary Clinic, will assist in determining the ownership of the animals involved in this investigation and asssit in the prosecution of charges.

_[signature] 2/19/16_   _[signature] 2/19/16_   _[signature] 2/19/16_

Page ___ of ___ Pages