# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

CLYDE RENDELL SHOOP,           :

    Plaintiff                              :     CIVIL ACTION NO. 3:17-0912

    v.                                        :     (JUDGE MANNION)

TROOPER ERIN K. CAWLEY,        :
LAST CHANCE RANCH and
LORI McCUTCHEON,               :

    Defendants                           :

## MEDIATION REPORT

In accordance with the Court's mediation order, a mediation conference was held on __Jan 11__, 20_18_ and the results of that conference are indicated below:

    __✓__ **The case has been completely settled.**

    _____ **No settlement reached.**

    _____ **The parties have reached an impasse. The parties and the mediator agree that a future mediation conference(s) may be beneficial and will engage in additional discussions, if appropriate.**

Date: 1/11/18

                                                                   _____
                                                                   Signature of Mediator

O:\Mannion\shared\ORDERS - DJ\CIVIL ORDERS\2017 ORDERS\17-0912-04.wpd