# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLYDE RENDELL SHOOP, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:17-0912 |
| v. | : | (JUDGE MANNION) |
| TROOPER ERIN K. CAWLEY, LAST CHANCE RANCH and LORI McCUTCHEON, | : : | |

## O R D E R

The Mediator has reported to the court that this case has been resolved and settled, **IT IS ORDERED THAT** this action be dismissed without costs and without prejudice to the right of either party upon good cause shown to apply for reinstatement of the action within sixty (60) days of the date of this order if settlement has not been consummated.

*MALACHY E. MANNION*
United States District Judge

Dated: January 12, 2018

O:\Mannion\shared\ORDERS - DJ\CIVIL ORDERS\2017 ORDERS\17-0912-05.wpd

1